LOUNGE, Appellant-Respondent, BARZMAN, KASIMOV & VIETH, D.D.S., P.C., et al., Respondents, and R.M.F. HOLDING CORPORATION, Appellant. [930 NYS2d 171]—
Present—Smith, J.P., Peradotto, Lindley, Sconiers and Martoche, JJ.

In the Matter of SISTERS OF CHARITY HOSPITAL, Respondent, v RICHARD F. DAINES, M.D., Commissioner of Health, State of New York, et al., Appellants. [930 NYS2d 171]—
Present—Centra, J.P., Fahey, Peradotto, Lindley and Sconiers, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VIRGINIA RICHARDSON, Appellant. [930 NYS2d 504]—

Present—Scudder, P.J., Fahey, Lindley, Green and Gorski, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER JONES, Appellant. [930 NYS2d 171]—
Present—Smith, J.P., Peradotto, Carni, Sconiers and Martoche, JJ.

ELIZABETH L. HAIDT, Respondent, v JOSEPH F. KURNATH, M.D., Defendant, and HENRY WENGENDER et al., Appellants. [930 NYS2d 171]—
Present—Smith, J.P., Peradotto, Carni, Sconiers and Martoche, JJ.

JASON THOME, Respondent, v BENCHMARK MAIN TRANSIT ASSOCIATES, LLC, et al., Appellants, et al., Defendant. [932 NYS2d 20]—
Present—Smith, J.P., Peradotto, Carni, Sconiers and Martoche, JJ.

In the Matter of COMMUNICATION WORKERS OF AMERICA, LOCAL 1170, Appellant, v TOWN OF GREECE, Respondent. In the Matter of TOWN OF GREECE, Respondent, v CWA LOCAL 1170 (GOLD BADGE CLUB), on Behalf of THOMAS SCHAMERHORN, Appellant. [932 NYS2d 20]—
Present—Smith, J.P., Peradotto, Carni, Sconiers and Martoche, JJ.

In the Matter of ROBERT P. MEEGAN, JR., Individually and as President of Buffalo Police Benevolent Association, et al.,

Respondents, v BYRON W. BROWN, as Mayor of City of Buffalo, et al., Appellants. (Appeal No. 1.) [930 NYS2d 170]— Present—Smith, J.P., Peradotto, Carni, Sconiers and Martoche, JJ.

In the Matter of the Arbitration between CITY OF BUFFALO, Appellant and BUFFALO POLICE BENEVOLENT ASSOCIATION, INC., Respondent. (Appeal No. 2.) [930 NYS2d 170]— Present—Smith, J.P., Peradotto, Carni, Sconiers and Martoche, JJ.

WALDEMAR H. JURKOWSKI, by EDWARD C. COSGROVE, Guardian of His Person and Property, Appellant, v SHEEHAN MEMORIAL HOSPITAL et al., Defendants, and BHAVANSA PADMANABHA, M.D., Respondent. (Appeal No. 1.) [930 NYS2d 170]—— Present—Scudder, P.J., Centra, Peradotto, Gorski and Martoche, JJ.

WALDEMAR H. JURKOWSKI, by EDWARD C. COSGROVE, Guardian of His Person and Property, Appellant, v SHEEHAN MEMORIAL HOSPITAL et al., Defendants, and MADAN G. CHUGH, M.D., Respondent. (Appeal No. 2.) [930 NYS2d 170]— Present—Scudder, P.J., Centra, Peradotto, Gorski and Martoche, JJ.

WALDEMAR H. JURKOWSKI, by EDWARD C. COSGROVE, Guardian of His Person and Property, Appellant, v SHEEHAN MEMORIAL HOSPITAL, Respondent, et al., Defendants. (Appeal No. 3.) [930 NYS2d 170]— Present—Scudder, P.J., Centra, Peradotto, Gorski and Martoche, JJ.

In the Matter of ALFONS J. POHOPEK, Appellant, v TOWN OF WESTERN ZONING BOARD OF APPEALS et al., Respondents. [930 NYS2d 170]— Present—Scudder, P.J., Centra, Peradotto, Gorski and Martoche, JJ.

DORIS BAITY et al., Respondents-Appellants, v GENERAL ELECTRIC COMPANY, Appellant-Respondent. [930 NYS2d 170]— Present—Centra, J.P., Fahey, Carni, Sconiers and Green, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v R. MICHAEL HILDRETH, Appellant. [930 NYS2d 171]— Present—Smith, J.P., Fahey, Carni, Lindley and Gorski, JJ.

In the Matter of SUSAN KRUSE, Petitioner, v NEW YORK STATE DIVISION OF HUMAN RIGHTS et al., Respondents. [930 NYS2d